

# NUMBER 13-13-00377-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**KIP H. ALLISON,**                                                          **Appellant,**

v.

**WORLDVENTURES MARKETING, LLC d/b/a WORLDVENTURES AND WORLDVENTURES HOLDINGS, LLC d/b/a WORLDVENTURES,**                    **Appellee.**

---

### On appeal from the 160th District Court of Dallas County, Texas.

---

## MEMORANDUM OPINION

### Before Justices Benavides, Perkes, and Longoria
### Memorandum Opinion Per Curiam

Appellant, Kip H. Allison, filed an appeal from a judgment entered by the 160th District Court of Dallas County, Texas, in cause number DC-11-09451. His appeal was transferred to this Court from the Fifth Court of Appeals by order of the Texas Supreme Court. *See* TEX. GOV'T CODE ANN. § 22.220(a) (West Supp. 2011) (delineating the

jurisdiction of appellate courts); TEX.GOV'T CODE ANN. § 73.001 (West 2005) (granting the supreme court the authority to transfer cases from one court of appeals to another at any time that there is "good cause" for the transfer). Appellant has filed a motion to dismiss the appeal and requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
5th day of December, 2013.